11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Charles Sylvester Alridge, III

Appellant

Vs.                   No. 11-03-00246-CR B Appeal from Galveston County

State of Texas

Appellee

 

The jury convicted Charles Sylvester Alridge,
III of manslaughter and assessed his punishment at confinement for nine years
and six months.  In its certification of
defendant=s right to appeal, the trial court stated
that appellant had waived his right to appeal. 
Therefore, the appeal is dismissed for want of jurisdiction.

 

PER CURIAM

 

September 19, 2003

Do not publish.  See TEX.R.APP.P. 47.2(b).

Panel consists of: Arnot, C.J., and

Wright, J., and McCall, J.